AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ERIC V. VON BERNEWITZ, (DOB: XX/XX/XXXX) | ) |
| PAUL H. VON BERNEWITZ, (DOB: XX/XX/XXXX) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Case: 1:21-mj-00333
Assigned To : Harvey, G. Michael
Assign. Date : 3/23/2021
Description: Complaint w/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 1752(a)(2) - | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 40 U.S.C. § 5104(e)(2)(D) and § 5104(e)(2)(G) - | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Katherine Sheaffer, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/23/2021

*Judge's signature*

City and state:   Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*