IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-cr-307-2 |
| | ) | |
| PAUL VON BERNEWITZ, | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:21-cr-307-1 |
| | ) | |
| ERIC VON BERNEWITZ, | ) | |
| Defendant | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

The defendants, Paul Von Bernewitz, and Eric Von Bernewitz, by their respective counsel, jointly move to continue arraignment in this matter, which is currently scheduled for May 12, 2021, at 10:00AM before Judge Christopher R. Cooper.

Counsel for Mr. Paul Von Bernewitz, Andrew W. Grindrod, Esq., is scheduled to begin a jury trial on May 11, 2021, before Chief Judge Mark S. Davis of the United States District Court for the Eastern District of Virginia. *See United States v. Fields*, No. 4:18cr89 (E.D. Va. May 11, 2021). Counsel expects that the *Fields* trial will last approximately four days.

Counsel for Mr. Eric Von Bernewitz, Austin Manghan, Esq., is scheduled to begin a trial on May 11th, before Hon. Kerri N. Lechtrecker, Court Attorney Referee, in the Family Court of the State of New York, County of Suffolk in the matter of *Karina Magruder v. Robert Blumenthal*, Case No. 171695, which is expected to last for several days.

Defense counsel have discussed the proposed continuance with their respective clients, Paul Von Bernewitz and Eric Von Bernewitz, who consent and agree that the time between May 12 and the new arraignment date can be excluded from the Speedy Trial Act period.

The government does not oppose this motion.

Respectfully submitted,

_____/s/_____
Andrew W. Grindrod
Counsel for Paul Von Bernewitz
Virginia State Bar No. 83943
Office of the Federal Public Defender, E.D. Va.
150 Boush Street, Suite 403
Norfolk, Virginia 23510
757-457-0860 (direct)
757-457-0880 (fax)
Andrew_Grindrod@fd.org


_____/s/_____
 Austin Manghan
Counsel for Eric Von Bernewitz
New York State Bar No. 4178612
P.O. Box 501
Riverhead, New York 11901
631-255-5140 (office)
631-949-4033 (cell)
631--982-5100 (fax)
austinmanghan@yahoo.com
