EXHIBIT

Paul Von Bernewitz 3

April 10, 2022

Dear Judge Cooper,

Thank you for the opportunity to write this letter regarding Paul Von Bernewitz. I am pleased to attempt to convey the traits that I appreciate in Paul.

Paul has been my best friend for over fifteen years. I know that whenever there is a crisis, I can depend on Paul for help. For example, any time a hurricane threatens South Florida, Paul lets me evacuate to his home, as I have done on at least four occasions. He treats me as a special guest and helps me not to panic.

In my opinion, Paul is an exceptionally kind man with a good heart. Paul is a religious man who practices his faith. For an extended period, I witnessed Paul care for a dying friend. He displayed constant compassion and caring for his friend. Paul has also rescued dogs and cats on many occasions. He cannot stand to see anyone suffer, whether a human or animal.

I know that Paul grew up with an alcoholic father and was the victim of his father's verbal and physical abuse through the years. Additionally, Paul cares for his physically handicapped brother whenever the need arises.

I believe that Paul is an essentially good man, who has demonstrated his loyalty to me through the years. Paul has my unwavering support, and I know that he will continue to demonstrate kindness to others in the future.

Sincerely,

*Deasy Anderson*
Deasy Anderson
(305) 389-1491