PAUL VON BERNEWITZ

**KENNETH CAPPS** <capps4@cox.net>                                      7:30 AM
To capps4@cox.net

Dear Judge Cooper,

My name is Ken Capps I am a real estate agent and also land lord of 7 properties. I am also retired from the defense department in 1993. Paul has been my tenant for over 8 years. In that time he has always been honest with me. He pays his rent right on time. However, because of covid he could not pay a couple of months. He let me know he was out of work and could not pay . but as soon as he went back to work he payed me every penny. I own several trailers in same area and most of my renters could not pay because of covid and I have yet to get the back rent from them. I am getting on in age and had a really bad accident on an ATV in 2018 Paul called me and said if I needed anything to just let him know. I did need help with some repairs on the trailer and Paul was right there to help me out. Also, he would not let me pay him anything. Paul has always taken very good care of the trailer he lives in. My, best tenant. No matter what happens in this case Paul will have a bright future.

Sincerely

*Ken Capps*
KEN CAPPS

**EXHIBIT**

Paul Von Bernewitz 4