EXHIBIT
Paul Von Bernewitz 5

Sunday, April 17, 2022

To whom it may concern,

My name is Yvonne Lipsky. I am the Food and Beverage Manager at the Crowne Plaza Virginia Beach.

Paul Vonbernewitz has worked for me on and off for many years. I hired him as a bartender at the Holiday Inn Executive Center and again years later at the Crowne Plaza both in Virginia Beach. Paul has always stood out as one of the hardest working team members I have. His work ethic and dedication to teamwork is beyond measure. He is frequently the first to volunteer to help or stay late to get the job done in its entirety. I will welcome Paul to be a part of my team no matter where I am working.

In Food & Beverage we all put in long hours and spend more time at work than at home. We all consider each other family. Paul always has a kind encouraging word to say to everyone that crosses his path. I am thankful to have him in my life

Sincerely,

*Yvonne Lipsky*

Yvonne Lipsky

(757)576-8375