# Andrew Grindrod

| | |
|---|---|
| **From:** | Becky Holt <beckylynn1111@yahoo.com> |
| **Sent:** | Monday, April 18, 2022 7:21 PM |
| **To:** | Andrew Grindrod |
| **Subject:** | Re: Paul's Lawyer |

**EXHIBIT**

Paul Von Bernewitz 6

**EXTERNAL SENDER**

Dear Judge Cooper

This letter is in reference to Paul VonBernewitz and the 2009 domestic violence charge. I need to add some information you will not have in his file. In 2010 I became seriously ill with liver failure due to alcoholism and was placed in hospice and was not expected to survive. After 4 months I started to improve and finally went home. I then had a near fatal auto accident with serious head injuries and broken tailbone and pelvis and was hospitalized for another 3 months. When I was released I was unable to care for myself and had no family to help. Mr Von Bernewitz put his own life aside and moved into my home and slept on my couch to help me recuperate until I was able to care for myself. He stayed with me for several months and always treated me with nothing but respect and concern. He was only asked to move out because I was finally strong enough to take care or myself. Paul has expressed deep regret about the DV incident repeatedly and has done his very best to prove to me that that is not the person he wants to be. I want you to know that he has been a perfect gentleman since 2009 and has not demonstrated anything but complete and total respect towards me since then.

Sincerely,
Rebecca L Holt

Sent from Yahoo Mail on Android

Sr$Q sr$Etv$5<$6466$ex$:>89$TQ $Erhvi{$Kvrrhvsh$
@Erhvi{cKvrrhvshD jh2svkB${vsxi$

Hi Becky,

This is my email address. Please feel free to send your letter to me here.

Thanks,

**Andrew W. Grindrod**

Assistant Federal Public Defender

150 Boush Street, Suite 403

Norfolk, Virginia 23510

1

Direct: (757) 457-0860

Fax: (757) 457-0880

Andrew_Grindrod@fd.org