Dear Judge Cooper:

    I am writing to you on behalf of Paul von Bernewitz. I have worked with Paul's brother Eric for over 13 years. I met Paul 9 years ago and have socialized with him at many family functions. Paul has worked with us on many occasions.

    He is a kind hearted individual. Great with children, people and animals. Paul volunteers his time to his community with his dog Felicia to raise the spirits of children in need. Paul has a jovial personality and truly enjoys life.

Kevin McDearmid

757-633-0951

EXHIBIT

Paul Von Bernewitz 7