**EXHIBIT**

Paul Von Bernewitz 8

Sunday, April 17th 2022

To whom it may concern,

I have worked with Paul for ten years, now I'm his supervisor. I have worked very close with him and he is a very loyal, dedicated and honest person that I can always trust to get any task accomplished.

Yours truly,

Holly Simpson

*[signature: Holly Simpson]*